No. 91–7340. GARSON *v.* COMMODITY FUTURES TRADING COMMISSION. C. A. 7th Cir.; and

No. 91–7783. VADEN *v.* LUJAN, SECRETARY OF THE INTERIOR. C. A. 9th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until June 8,

1992, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.